**Electronically Filed
Supreme Court
SCWC-12-0000741
06-FEB-2014
12:06 PM**

SCWC-12-0000741

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTIE ADAMS, Petitioner/Plaintiff-Appellant,

vs.

CDM MEDIA USA, INC., Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000741; CIV. NO. 11-1-0931)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
Circuit Judge Alm, in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellant Christie Adams'

application for writ of certiorari filed on December 23, 2013, is

hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

held in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 6, 2014.

Charles H. Brower                    /s/ Mark E. Recktenwald
for petitioner

                                     /s/ Paula A. Nakayama

                                     /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

                                     /s/ Steven S. Alm

